# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Edwin R. Bromberg, | ) | Case No. 4:06-cr-067 |
| | ) | |
| Defendant. | ) | |

On October 5, 2006, the court convened a hearing a Petition for Action on Conditions of Presentence Release. Attorney Paul Emerson appeared on the government's behalf. Federal Public Defender appeared on behalf of the defendant.

At the outset of the hearing, the defendant admitted to the first violation alleged in the petition and consented to his detention pending his change of plea hearing and sentencing. The court finds that the defendants admission was made knowingly, voluntarily, and upon advice of counsel. Accordingly, the court **ORDERS** that the defendant's pre-sentence release be revoked and that he be detained pending final disposition of this matter. The court **FURTHER ORDERS** that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 5th day of October, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge