# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Edwin R. Bromberg, | ) | Case No. 4:06-cr-067 |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the Government's motion filed on February 20, 2008, the Petition for Warrant or Summons for Offenders Under Supervision filed against the defendant, Edwin R. Bromberg, is dismissed.

**IT IS SO ORDERED**.

Dated this 21st day of February, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court